☒ FILED ___ LODGED
☐ RECEIVED ___ COPY

SEP 1 4 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 03-01202-4-PCT-DGC |
| Plaintiff, | |
| vs. | |
| Curtis Allyn Cheves, | **ORDER** |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on the Petition on Probation were held on September 12, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 14th day of September, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge